# First District Court of Appeal
## State of Florida

_____

No. 1D17-1938

_____

PAUL STILL,

Appellant,

v.

ST. JOHNS RIVER WATER
MANAGEMENT DISTRICT,

Appellee.

_____

On appeal from the St. Johns River Water Management District.

April 23, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Paul Still, pro se, Appellant.

Thomas I. Mayton, Jr. and Erin H. Preston of St. Johns River Water Management District, Palatka, for Appellee.